IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILLIAM E. PETTIT and SUSAN VAN HOUTEN, on Behalf of Themselves and All Others Similarly Situated, | § § § § | No.  443, 2017 |
| | § | |
| | § | Court Below: Court of Chancery |
| Plaintiffs Below, Appellants, | § § | of the State of Delaware |
| | § | |
| v. | § | C.A. No.  2017-0125 |
| | § | |
| HD SUPPLY HOLDINGS, INC., | § § | |
| Defendant Below, Appellee. | § § | |

Submitted:   April 18, 2018
Decided:   May 10, 2018

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## O R D E R

This 10th day of May 2018, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its bench ruling dated September 25, 2017.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/   James T. Vaughn, Jr.
Justice